# EXHIBIT "B"



```
                                                              21 Roszel Road
                                                              P.O. Box 5226
                                                              Princeton, NJ 08543-5226
                                                              609.924.0808 main | 609.452.1888 fax

                                                              www.hillwallack.com
```

Angela C. Pattison, Esquire
Email: apattison@hillwallack.com

May 24, 2022

<u>Via First-Class Mail</u>
Brad J. Sadek
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Re:   *Jeffrey A. Brennan and Margaret J. Brennan*
      *Case No. 21-10278-elf*

Dear Mr. Sadek:

Please be advised that the debtors are in default of the terms of the Stipulation Resolving Motion for Relief from the Automatic Stay entered on January 18, 2022. As of May 20, 2022, the following payments are due and owing:

Regular Payments: 04/01/2022 to 05/01/2022 - 2 payments at $1,350.22, less a suspense balance of $9.56:  $2,690.88.

If the payment default is not cured within fifteen (15) days from the date of this notice, we will proceed with a Certificate of Default requesting the entry of an Order granting relief from the automatic stay.

Very truly yours,

*/s/ Angela C. Pattison, Esquire*
Angela C. Pattison, Esquire

ACP:jsh
cc:   Jeffrey A. Brennan
      109 E. Manoa Road
      Havertown, PA 19083

      Margaret J. Brennan
      109 E. Manoa Road
      Havertown, PA 19083

**HILL WALLACK LLP**
ATTORNEYS AT LAW

Page 2

    Robert J. Brennan, Sr.
    109 E. Manoa Road
    Havertown, PA 19083

    Antoinette M. Brennan
    109 E. Manoa Road
    Havertown, PA 19083

***THIS FIRM IS A DEBT COLLECTOR, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOUR PERSONAL LIABILITY FOR THE DEBT HAS BEEN DISCHARGED IN BANKRUPTCY, WE ARE ONLY PROCEEDING AGAINST THE REAL ESTATE SECURED BY THE MORTGAGE.***