## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Jeffrey A. Brennan | : | Chapter 13 |
| Margaret J. Brennan | : | Case No.: 21-10278-ELF |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE

I Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Motion to Vacate Order Granting Relief of the Automatic Stay by electronic or regular US Mail on all creditors on the master mailing matrix and the following parties by electronic means or regular US mail:

**Kenneth E. West, Esq.**
Standing Chapter 13 Trustee
Electronic Service

**Lorraine Gazzara Doyle**
Attorney for *Nationstar Mortgage, LLC.*
Via Electronic Mail: apattison@hillwallack.com

Dated: July 25, 2022

/s/Brad J. Sadek, Esq.
Attorney for Debtor